UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SALAZAR ARROYO,<br><br>                  Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                  Respondents. | Case No.: 25cv2190-LL-MMP<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE** |

On August 25, 2025, Petitioner, a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Having reviewed the Petition, the Court finds that summary dismissal is unwarranted at this time. *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) ("Summary dismissal is appropriate only where the allegations in the petition are 'vague [or] conclusory' or 'palpably incredible' or 'patently frivolous or false.'" (citations omitted)).

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **October 8, 2025**. The Return shall include any documents relevant to the determination of the issues raised in the

Petition. Respondent shall serve a copy of its Return upon Petitioner concurrently with the filing. Petitioner may, but is not required, to reply to the Return by filing a Traverse on or before **November 10, 2025**. After briefing is complete, the Court will take the matter under submission and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are notified otherwise.

      **IT IS FUTHER ORDERED** that the Clerk of Court shall serve notice of this Order and the Petition [ECF No. 1] to the U.S. Attorney's Office for the Southern District of California.

      **IT IS SO ORDERED.**

Dated:  September 8, 2025

                                              Honorable Linda Lopez
                                              United States District Judge