UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SALAZAR ARROYO,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  25cv2190-LL-MMP<br><br>**AMENDED ORDER REQUIRING RESPONSE TO FIRST AMENDED PETITION AND SETTING BRIEFING SCHEDULE** |

On September 8, 2024, after the Court issued an Order Requiring Response to Petition and Setting Briefing Schedule, Petitioner filed a First Amended Petition for Writ of Habeas Corpus. ECF Nos. 3, 4. This Amended Order reflects the change in operative petitions, but does not change the briefing schedule.

On August 25, 2025, Petitioner, a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. On September 8, 2025, he filed a First Amended Petition for Writ of Habeas Corpus. ECF No. 4. Having reviewed the First Amended Petition, the Court finds that summary dismissal is unwarranted at this time. *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)

("Summary dismissal is appropriate only where the allegations in the petition are 'vague [or] conclusory' or 'palpably incredible' or 'patently frivolous or false.'" (citations omitted)).

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why the First Amended Petition should not be granted by filing a written Return on or before **October 8, 2025**. The Return shall include any documents relevant to the determination of the issues raised in the First Amended Petition. Respondent shall serve a copy of its Return upon Petitioner concurrently with the filing. Petitioner may, but is not required, to reply to the Return by filing a Traverse on or before **November 10, 2025**. After briefing is complete, the Court will take the matter under submission and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are notified otherwise.

**IT IS FUTHER ORDERED** that the Clerk of Court shall serve notice of this Order and the First Amended Petition [ECF No. 4] to the U.S. Attorney's Office for the Southern District of California.

**IT IS SO ORDERED.**

Dated:  September 9, 2025

_____
Honorable Linda Lopez
United States District Judge