UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SALAZAR ARROYO,<br><br>                       Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                       Respondents. | Case No.: 25cv2190-LL-MMP<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

On February 18, 2026, Petitioner filed a Motion to Enter Judgment pursuant to Federal Rule of Civil Procedure 58 in accordance with this Court's December 9, 2025 order. ECF No. 11. The Court notes that in its December 9, 2025 order, it ordered the parties "to file a joint status update to confirm whether Petitioner has been released within 24 hours of his posting of bond." ECF No. 10 at 11. The Court noted that upon receipt of this joint status update, the Clerk of Court would close this case. *Id.* To date, the parties have not filed a joint status update. Accordingly, the Court **ORDERS** Petitioner to address

/ / /

/ / /

/ / /

1

1 | in writing on or before **March 9, 2026**, why the Court should enter judgment without this
2 | joint status update. Alternatively, the parties may file the joint status update on or before
3 | **March 9, 2026**.
4 |     **IT IS SO ORDERED.**
5 | Dated:  February 23, 2026

                                              Honorable Linda Lopez
                                              United States District Judge